JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:21-cv-06159-RGK-AGR | Date | October 1, 2021 |
|---|---|---|---|
| Title | *Blanca I. Gonzalez v. Kirklands Stores, Inc. et al* | | |

| Present: The Honorable | R. GARY KLAUSNER, U.S. DISTRICT JUDGE |
|---|---|

| Sharon L. Williams (not present) | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**  (IN CHAMBERS) Order Remanding Action to State Court

    On December 21, 2020, Blanca I. Gonzalez ("Plaintiff") filed a complaint against Kirkland Stores, Inc. ("Defendant") alleging state law claims for negligence and premises liability. On July 30, 2021, Defendant removed the action to this Court alleging jurisdiction on the grounds of diversity of citizenship. Upon review of Defendant's Notice of Removal, the Court hereby remands the action for lack of subject matter jurisdiction.

    Pursuant to 28 U.S.C. § 1332, district courts shall have original jurisdiction over any civil action in which the parties are citizens of different states and the action involved an amount in controversy that exceeds $75,000. After a plaintiff files a case in state court, the defendant attempting to remove the case to federal court bears the burden of proving the amount in controversy requirement has been met. *Lowdermilk v. United States Bank Nat'l Ass'n*, 479 F.3d 994, 998 (9th Cir. 2007). If the complaint does not allege that the amount in controversy has been met, the removing defendant must plausibly allege in its notice of removal that the amount in controversy exceeds the jurisdictional threshold. *Dart Cherokee Basin Operating Co., LLC v. Owens*, 135 S. Ct. 547, 553-54 (2014).

    In her complaint, Plaintiff seeks damages for hospital and medical expenses as well as general damages. In support of its removal, Defendant states: "on July 1, 2021, Plaintiff sent a written communication wherein she indicated that her perceived value of the case meets the statutory minimum of $75,000." (Notice of Removal at 3, ECF No. 2).

    In its Notice of Removal, Defendant fails to plausibly allege that the amount in controversy exceeds $75,000. Although Defendant alleges that Plaintiff perceives there to be $75,000 in controversy, the amount in controversy must *exceed* $75,000 to support the exercise of diversity jurisdiction. Defendant has not alleged as much, and the Court is therefore not satisfied that Defendant has satisfied its burden of plausibly alleging that the amount in controversy meets the jurisdictional requirement.

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:21-cv-06159-RGK-AGR | Date | October 1, 2021 |
|---|---|---|---|
| Title | *Blanca I. Gonzalez v. Kirklands Stores, Inc. et al* | | |

    In light of the foregoing, the action is hereby **REMANDED** to state court for all further proceedings.

    **IT IS SO ORDERED.**

                                                                                                                                :

Initials of Preparer